UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**09-20588-CIV-MORENO**

ELANDIA INTERNATIONAL, INC.,

    Plaintiff,

vs.

SIR JAMES AH KOY, MICHAEL AH KOY,
KELTON INVESTMENTS LTD., and DATEC
GROUP LTD.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANTS' MOTION TO DISMISS

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction under Federal Rules of Civil Procedure 12(b)(2) **(D.E. No. 17)**, filed on **April 17, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 57)** on **August 24, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

    **ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 57)** on **August 24, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)   Defendants' Motion to Dismiss for Lack of Personal Jurisdiction **(D.E. No. 17)** is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of February, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record